# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
## Atlanta Division

| | |
|---|---|
| JENNIFER CHATTMAN,        ) | |
|     Plaintiff,        ) | |
| v.        ) | Civil Action No. |
|             ) | 1:09-cv-1525-GET-ECS |
| ALPHA RECEIVABLES, INC., et al.        ) | JURY TRIAL DEMANDED |
|     Defendants.        ) | |

## PLAINTIFF'S SUPPLEMENTAL INITIAL DISCLOSURES

**(5) Provide a copy of, or a description by category and location of, all documents, data compilations, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information.**

Electronically-scanned copies of certified copies of Alpha Receivables v. Juanita R. Reeves, 08A87312-7 (State Court of DeKalb County), and Alpha Receivables v. Ramon Bailey, 08A87527-5 (State Court of DeKalb County).

This 13th day of May, 2010.

**Counsel for Plaintiff:**

/s/ *Daniel Eliot DeWoskin*
Daniel Eliot DeWoskin
Georgia Bar No. 220327


DeWoskin Law Firm, LLC
14 Lenox Pointe, NE
Atlanta, Georgia 30324
(404) 869-3565

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### Atlanta Division

| | |
|---|---|
| JENNIFER CHATTMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) |
| ALPHA RECEIVABLES, INC. | ) 1:09-cv-1525-GET-ECS |
| FREDERICK J. HANNA & | ) JURY TRIAL DEMANDED |
| ASSOCIATES, P.C. | ) |
| HSBC CARD SERVICES (III) INC. | ) |
| | ) |
| Defendants. | ) |

### **CERTIFICATE OF SERVICE**

I hereby certify that on this day I served a true and correct copy of the

**PLAINTIFF'S SUPPLEMENTAL INITIAL DISCLOSURES** upon the

following counsel via electronic mail to:

| | |
|---|---|
| JAMES FREANEY, ESQ. | LINDA S. FINLEY, ESQ. |
| Georgia Bar No. 274902 | Georgia Bar No. 261515 |
| Freaney.james@hannalawoffice.com | lfinley@bakerdonelson.com |
| 1427 Roswell Road | CHARLES HUDDLESTON, ESQ. |
| Marietta, Georgia 30062 | Georgia Bar No. 373975 |
| | chuddleston@bakerdonelson.com |
| SCOT GROGHAN, ESQ. | JONATHAN E. GREEN, ESQ. |
| Georgia Bar No. 142250 | Georgia Bar No. 307053 |
| Groghan.scot@hannalawoffice.com | jegreen@bakerdonelson.com |
| 1427 Roswell Road | **Baker, Donelson, Bearman,** |
| Marietta, Georgia 30062 | **Caldwell & Berkowitz, P.C.** |
| | Monarch Plaza, Suite 1600 |
| | 3414 Peachtree Road, N.E. |
| | Atlanta, GA 30326 |

[Signature to Follow]

      Respectfully submitted 2010 May 13.

**Counsel for Plaintiff:**

/s/ *Daniel Eliot DeWoskin*

Daniel Eliot DeWoskin
Georgia Bar No. 220327
14 Lenox Pointe, NE
Atlanta, GA 30324
(404) 869-3565

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### Atlanta Division

| | |
|---|---|
| JENNIFER CHATTMAN,         ) | |
|     Plaintiff,         ) | Civil Action No. |
|              ) | 1:09-CV-1525-GET-ECS |
| v.         ) | JURY TRIAL DEMANDED |
|              ) | |
| ALPHA RECEIVABLES, INC., et al.         ) | |
|     Defendants.         ) | |

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1 (D), counsel hereby files with the Court this Certificate of Compliance. Plaintiff's documents were composed with Times New Roman 14-point font.

Respectfully submitted 2010 May 13.

**Counsel for Plaintiff:**


 /s/ *Daniel Eliot DeWoskin*
Daniel Eliot DeWoskin
Georgia Bar No. 220327
14 Lenox Pointe, NE
Atlanta, GA 30324
(404) 869-3565